# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**PEOPLES BANK,**

    **Plaintiff,**

**v.**

**JOEL BAKER LAW, PLLC,**

    **Defendant,**

Civil Action No. 2:25-cv-00592

Judge _____

## COMPLAINT

Plaintiff Peoples Bank ("Peoples Bank"), for its Complaint against Defendant Joel Baker Law, PLLC ("Joel Baker Law"), alleges as follows:

### Parties

1. Peoples Bank is an Ohio corporation with its principal office located at 138 Putnam Street, Marietta, OH 45750.

2. Upon information and belief, Joel Baker Law is a West Virginia professional limited liability company with its principal office located at 149 Main Street, Spencer, WV 25276.

3. Upon information and belief, Marvin Baker, Jr. is the sole member of Joel Baker Law.

4. Upon information and belief, Marvin Baker, Jr. is a citizen of West Virginia.

### Jurisdiction and Venue

5. This Court has jurisdiction pursuant to 28 USCS § 1332.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### Facts

7. Joel Baker Law is a law firm located in Spencer, West Virginia.

8. Joel Baker Law maintains certain bank accounts with Peoples Bank (the "Accounts").

9. The Accounts are subject to certain terms and conditions, which is a contract that establishes the rules that control the Accounts with Peoples Bank (the "Terms and Conditions"). *See* Terms and Conditions of Your Account ¶ 2, attached as Exhibit 1.

10. On June 5, 2024, Joel Baker Law deposited a cashier's check in the amount of $162,700.00 into one of its accounts with Peoples Bank.

11. Pursuant to the Terms and Conditions, Peoples Bank only gave provisional credit until collection was final for the cashier's check that Peoples Bank accepted for deposit. *See* Terms and Conditions of Your Account ¶ 4.

12. Pursuant to the Terms and Conditions, before settlement of the cashier's check was final, Peoples Bank acted only as Joel Baker Law's agent, regardless of the form of indorsement or lack of indorsement on the cashier's check and even though Peoples Bank provided Joel Baker Law provisional credit for the cashier's check. *See* Terms and Conditions of Your Account ¶ 4.

13. On June 6, 2024, Joel Baker Law transferred the amount of $162,700.00 from the first account with Peoples Bank to a second account with Peoples Bank.

14. The same day, Joel Baker Law wired the amount of $147,000.00 from the second account with Peoples Bank to an account with Citibank, N.A. ("Citibank").

15. On June 10, 2024, the cashier's check was charged back by the bank that issued it because it was identified as forged and counterfeit.

16. Pursuant to Terms and Conditions, because cashier's check was returned due to it being fraudulent, Peoples Bank had the right to attempt to collect funds paid out of the Account. *See* Terms and Conditions of Your Account ¶ 4.

17. To that end, Peoples Bank attempted to recall the wire transfer, but Peoples Bank was informed by Citibank that Citibank could not recall the wire transfer because its client had already wired the money out of the Citibank account.

18. Pursuant to the Terms and Conditions, Peoples Bank may reverse any provisional credit for items that are lost, stolen, or returned. *See* Terms and Conditions of Your Account ¶ 4.

19. Pursuant to Terms and Conditions, Peoples Bank may charge back to the Accounts the amount of any item deposited to the Accounts or cashed for Joel Baker Law which was initially paid by the payor bank and which is later returned to Peoples Bank due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error, counterfeit cashier's check or other problem which in Peoples Bank's judgment justifies reversal of credit. *See* Terms and Conditions of Your Account ¶ 4.

20. Peoples Bank charged back to the Account the amount of $162,700.00, which was the amount that was initially deposited with Peoples Bank via the cashier's check that was later returned as forged and counterfeit.

21. The first Account with Peoples Bank was subsequently charged off with a balance of $0.00.

22. The second Account with Peoples Bank was subsequently charged off with a negative balance of $129,903.91.

23. Joel Baker Law is liable for any account shortage resulting from charges or overdrafts, whether caused by Joel Baker Law or another with access to the Accounts. *See* Terms and Conditions of Your Account ¶ 3.

24. Joel Baker Law is further liable for Peoples Bank's costs, including reasonable attorneys' fees, whether incurred as a result of collection or in any other dispute involving the Accounts. *See* Terms and Conditions of Your Account ¶ 3.

25. To date, there is an Account shortage in the amount of $129,903.91.

26. To date, Joel Baker Law has refused to pay to Peoples Bank $129,903.91.

## Count I
### (Breach of Contract)

27. Peoples Bank incorporates by reference all previous paragraphs of this Complaint.

28. Joel Baker Law entered into a contract with Peoples Bank in which it agreed to be liable for any account shortage resulting from charges or overdrafts.

29. Joel Baker Law breached the contract by failing to pay Peoples Bank for the account shortage resulting from charges or overdrafts.

30. As a direct and proximate result of Joel Baker Law's breach of contract, Peoples Bank has incurred damages in the amount of $129,903.91, plus interest and costs incurred in bringing this action, including reasonable attorney's fees.

**WHEREFORE**, Peoples Bank respectfully requests that the Court grant Peoples Bank Judgement in its favor against Joel Baker Law in the amount of $129,903.91, plus pre- and post-judgment interest at the legal rate, costs incurred in bringing this action, including reasonable attorney's fees, and such other relief as this Court deems fair and equitable.

**PEOPLES BANK**

By Counsel

<u>/s/ *Arie M. Spitz*</u>
Arie M. Spitz (WVSB #10867)
Clayton T. Harkins (WVSB #13409)
Dinsmore & Shohl LLP
707 Virginia St. E., Suite 1300
Charleston, WV 25301
Phone: (304) 357-0900
Fax: (304) 357-0919
arie.spitz@dinsmore.com
clayton.harkins@dinsmore.com